IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

GREGORY LESTER WILCOX,        :
                              :
                 Plaintiff   :
                              :
        VS.                   :
                              :
CLIFFORD BLACK AND JOHN DAVID  :        NO. 1:06-cv-50(WLS)
ANDERSON,                     :
                 Defendants   :        **O R D E R**

---

Plaintiff **GREGORY LESTER WILCOX** was previously ordered to either submit the full filing fee of $250.00 or execute and return a financial affidavit seeking leave to proceed *in forma pauperis*, as well as to complete and sign a 42 U.S.C. § 1983 complaint form.  Although plaintiff has partially complied with the Court's order by returning a completed section 1983 form, he has failed to either pay the full filing fee or move to proceed IFP.

Before the Court will consider any of plaintiff's allegations, it is first necessary for plaintiff to comply with the Court's order of April 11, 2006 – by either completing and submitting the Court's IFP form or by paying the $250.00 filing fee.  The Clerk of Court is hereby **DIRECTED** to send plaintiff another copy of the Court's IFP form (with attached certificate form).

Plaintiff shall have until June 9, 2006, to pay the entire filing fee or to complete and return the Court's IFP form.  Failure to comply with this order shall result in the dismissal of plaintiff's complaint.

**SO ORDERED**, this 22nd day of May, 2006.

*/s/ Richard L. Hodge*
RICHARD L. HODGE
UNITED STATES MAGISTRATE JUDGE